UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC EMPLOYEES FOR
ENVIRONMENTAL RESPONSIBILITY,

Plaintiff,

v.

U.S. DEPARTMENT OF INTERIOR,

Defendant.

Civil Action No. 26-1611 (RDM)

## MOTION FOR EXTENSION OF TIME TO RESPOND

Defendant, by undersigned counsel, respectfully moves this Court to extend the time to respond to the Complaint in this Freedom of Information Act case. Pursuant to Local Civil Rule 7(m), undersigned counsel contacted Plaintiff by email regarding the requested relief. Plaintiff opposes this requested extension.

Currently, Defendant's deadline to file its response is June 12, 2026. Defendant seeks a 30-day extension of its filing deadline to July 12, 2026.

There is good cause to grant this request. The undersigned was recently assigned this case and requires additional time to confer with the agency and prepare an appropriate filing. The undersigned has already reached out to the agency and has begun reviewing the Complaint with agency counsel. However, both agency counsel and the undersigned require additional time to complete the review process and prepare an appropriate response to the Complaint.

This motion is being filed in good faith and not for purposes of delay. No party will be materially prejudiced by the extension requested. This is Defendant's first motion to extend the time to respond to the Complaint.

A proposed order is attached.

- 2 -

Dated: June 5, 2026
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: */s/ Zachariah Weston Lindsey*
    Zachariah (Zack) Weston Lindsey
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    202-252-6612

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF INTERIOR,<br><br>        Defendant. | Civil Action No. 26-1611 (RDM) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for extension of time, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including July 12, 2026, to respond to

the Complaint in this action.


SO ORDERED:


_____        _____
Dated                                                        United States District Judge