UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIROMENTAL RESPONSIBLITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR,<br><br>Defendant. | Civil Action No. 26-1611 |

**JOINT STATUS REPORT**

Defendant U.S. Department of the Interior, (the "Department" or "Defendant") and Plaintiff Public Employees For Environmental Responsibility ("Plaintiff" or "PEER"), respectfully submit this joint status report to update the Court on the parties' progress in this Freedom of Information Act ("FOIA") matter.

**Defendant's Position**

**Request to DOI Office of the Secretary (OS Request) – FOIA No. 2026-004181**

OS has completed its review and processing of Plaintiffs' FOIA request. OS has identified 199 responsive pages and determined that those records require consultation with another government entity. OS will provide its response once the consultation process is completed. As documents have been sent for consult, OS does not have an estimated completion date at this time.

**Request to National Park Service (NPS Request) – FOIA No. 2026-004178**

NPS has nearly completed its review and has identified approximately 770 pages of potentially responsive records. NPS expects to complete its review and processing by the next status report and that the records will require consult with another government entity. NPS expects to forward the responsive records for consultation by the next status report, or sooner if its review

is completed before then. As documents will be sent for consult, NPS does not have an estimated completion date at this time.

**Request to DOI Office of the Solicitor (SOL Request) – FOIA No. 2026-004180**

SOL has nearly completed its review and has identified approximately 1,950 pages of potentially responsive records. SOL expects to complete its review and processing by the next status report and that the records will require consult with another government entity. SOL expects to forward the responsive records for consultation by the next status report, or sooner if its review is completed before then. As documents will be sent for consult, SOL does not have an estimated completion date at this time.

Defendant believes it is complying with the Court's order by providing this update and is proceeding in good faith. SOL, OS, and NPS are each progressing timely in their search for relevant documents and processing. However, as outlined above, Defendant is not prepared at this time to provide an estimated date for the completion of the FOIA processing.

The parties believe it is premature to set a briefing schedule or a date to provide a *Vaughn* Index. At present, Defendant does not anticipate filing a motion pursuant to *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).

Accordingly, Defendant respectfully proposes that they file their next joint status report on or before October 20, 2026, and every ninety days thereafter, to update the Court on the status of their engagement.

**<u>Position of the Plaintiff</u>**

**Request to DOI Office of the Secretary (OS Request) – FOIA No. 2026-004181**

The plaintiff believes that for FOIA No. 2026-0044181, defendants should clarify which other federal agency they require consultation with. We understand that agency counsel has

already confirmed that those 199 responsive have already been sent to the other federal agency for consultation. The court should order the Agency to provide a schedule for actual production of the documents.

**Request to National Park Service (NPS Request) – FOIA No. 2026-004178**

The plaintiff believes that for FOIA No. 2026-004178, defendants should clarify which other federal agency they require consultation with. Defendant has stated that these approximately 770 pages of responsive records have not yet been sent to consult but that NPS "has nearly completed its review." The Agency states they will be sent for consult by the next status report, which Defendant seeks to have in 90 days. Plaintiff believes that this is too long a period merely to review the records and send for consultation, especially given that 770 pages is a modest amount and the Agency states that its review is nearly complete. Plaintiff asks the court to order the completion of review within 30 days and for the Agency to provide a time for actually producing the documents.

**Request to DOI Office of the Solicitor (SOL Request) – FOIA No. 2026-004180**

The plaintiff believes that for FOIA No. 2026-004180, defendants should clarify which other federal agency they require consultation with, for these 1,950 potentially responsive documents. The Agency claims its review is "nearly completed" and yet predicts that its review will be complete by the next status report, which it seeks to have in 90 days. 90 days is too long a period to complete this "nearly completed" review, and the court should order that it be completed within 30 days and for the Agency to provide a time for actually producing the documents.

Plaintiffs contend that Defendant has not fully responded to the court's order to inform the court of "an anticipated schedule for processing and producing any such documents." Defendant has not provided a schedule for producing the documents, but only for the interim step of sending

the documents for consultation. Plaintiff requests the court to order Defendant to provide a schedule for processing *and producing* the responsive documents, as previously ordered. Especially because Defendant has not supplied any schedule for producing the documents, Plaintiff believes that 90 days is too long a period for filing joint status reports. Plaintiffs request that the next status report be filed in 30 days, or August 21, 2026, and every 30 days thereafter.

Dated: July 22, 2026 Respectfully submitted

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Zachariah W. Lindsey*
ZACHARIAH W. LINDSEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 445-3658
Zachariah.Lindsey@usdoj.gov

Counsel for Defendant

*/s/ Paula Dinerstein*
Paula Dinerstein
D.C. Bar No. 333971
Public Employees for Environmental Responsibility
962 Wayne Ave., No. 610
Silver Spring, MD 20910
202-265-7337
pdinerstein@peer.org

*Attorneys for Plaintiff Public Employees for Environmental Responsibility (PEER)*