**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br>962 Wayne Ave., Suite 610<br>Silver Spring, MD 20910<br><br>*Plaintiff*,<br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR<br>1849 C St. NW,<br>Washington, DC 20240<br><br>*Defendant.* | Civil Action No. 1:26-cv-01611-RDM<br><br>**Motion for Admission Pro Hac Vice** |

## MOTION FOR ADMISSION PRO HAC VICE

Paula Dinerstein, a member in good standing of the bar of the District of Columbia and counsel of record for Public Employees for Environmental Responsibility, respectfully moves this Court pursuant to Local Civil Rule 83.2(c) for an order granting Aaron Lloyd permission to appear and practice pro hac vice in this matter. In support of this Motion, Paula Dinerstein states as follows:

### I. Introduction

Aaron Lloyd is an attorney duly licensed to practice law in the District of Columbia and is a member in good standing of the bar of the District of Columbia. Aaron Lloyd seeks admission pro hac vice to represent Public Employees for Environmental Responsibility in this action. Aaron Lloyd is not a member of the bar of this Court but is eligible for pro hac vice admission under Local Civil Rule 83.2(c).

**II. Qualifications of Pro Hac Vice Counsel**

Aaron Lloyd maintains his principal office at 962 Wayne Ave, Suite 610, Silver Spring, MD 20910. Aaron Lloyd is admitted to practice before the District of Columbia Court of Appeals and is a member in good standing of the District of Columbia bar. Aaron Lloyd has substantial experience in employment law and is well qualified to represent Public Employees for Environmental Responsibility in this matter.

**III. Compliance with Local Civil Rule 83.2(c)**

This Motion and the accompanying Declaration comply with all requirements of Local Civil Rule 83.2(c), including:

1. **Sponsorship by a Member of This Court's Bar.** Paula Dinerstein is an active member in good standing of the bar of the United States District Court for the District of Columbia, Bar No. 33397, and is counsel of record for Public Employees for Environmental Responsibility. Paula Dinerstein sponsors this Motion, takes responsibility for ensuring Aaron Lloyd's compliance with all applicable rules and orders of this Court, and will remain counsel of record throughout this proceeding.

2. **Declaration of Applicant.** A signed declaration by Aaron Lloyd setting forth his qualifications, bar admissions, and good standing is attached hereto as Exhibit A and incorporated herein by reference, as required by Local Civil Rule 83.2(c).

3. **Certificate of Good Standing.** A current certificate of good standing issued by the District of Columbia Court of Appeals, dated within 30 days of the filing of this Motion, is attached hereto as Exhibit B.

4. **Payment of Fee.** Pursuant to Local Civil Rule 83.2(c) and the fee schedule established by this Court, Aaron Lloyd has paid or will pay the required pro hac vice admission fee of $100 to the Clerk of the Court with this motion.

5. **Absence of Disqualifying Circumstances.** Aaron Lloyd has not been denied admission pro hac vice in this Court or any other court within the past two years and is not currently nor has been subject to any disciplinary proceedings, suspension, or revocation of his license to practice law in any jurisdiction.

## IV. Contact Information for Service and Notice

Aaron Lloyd's contact information for all purposes in this matter, including service and CM/ECF notifications, is as follows:

**Aaron Lloyd** Public Employees for Environmental Responsibility

962 Wayne Ave, Suite 610,

Silver Spring, MD 20910

Telephone: 202-367-9386

Facsimile: 202-265-4191

Email: alloyd@peer.org

Bar No.: 976045 (D.C. Bar)

Aaron Lloyd has not registered and will register for this Court's CM/ECF system upon pro hac vice admission, in accordance with the Court's Electronic Case Filing Procedures.

**V. Previous Pro Hac Vice Admissions in This District**

Pursuant to Local Civil Rule 83.2(c), Aaron Lloyd discloses the following regarding prior pro hac vice admissions in the United States District Court for the District of Columbia:

Aaron Lloyd has not been admitted pro hac vice in any case pending in this District within the past two years.

**VI. Conclusion**

For the foregoing reasons, Paula Dinerstein respectfully requests that this Court enter the attached Proposed Order granting Aaron Lloyd permission to appear and practice pro hac vice on behalf of Public Employees for Environmental Responsibility in this action.

Dated: 8/3/26

Respectfully submitted,

__________/s/________

Paula Dinerstein
D.C. Bar No. 333971
Public Employees for Environmental Responsibility
962 Wayne Ave, Suite 610,
Silver Spring, MD 20910
Telephone: 202-265-6391
Email: pdinerstein@peer.org

*Attorney for Public Employees for Environmental Responsibility*