UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR,<br><br>Defendant. | Civil Action No. 26-1611 (RDM) |

**CONSENT MOTION FOR EXTENSION OF TIME**
**TO FILE JOINT STATUS REPORT**

Defendant, by undersigned counsel, respectfully moves this Court to extend the time to file a Joint Status Report in this Freedom of Information Act case. Pursuant to Local Civil Rule 7(m), undersigned counsel contacted Plaintiff by email regarding the requested relief. Plaintiff consents to this requested extension.

Currently, the parties' deadline to file a joint status report is October 9, 2026 pursuant to the August 4, 2026, Minute Order. Defendant seeks a 7-day extension of their filing deadline to October 16, 2026.

There is good cause to grant this request. The undersigned will be travelling internationally from October 5 through 9 for a close friend's wedding, and this travel would make it difficult to confer with Plaintiff and prepare a joint filing by October 9, 2026.

This motion is being filed in good faith and not for purposes of delay. No party will be materially prejudiced by the extension requested. A proposed order is attached.

* * *

Dated: September 28, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Zachariah Weston Lindsey*
Zachariah (Zack) Weston Lindsey
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-6612

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR,<br><br>Defendant. | Civil Action No. 26-1611 (RDM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for extension of time, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including October 16, 2026, to file a joint status report.

SO ORDERED:

| | |
|---|---|
| ____________________<br>Dated | ____________________<br>United States District Judge |