AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Colorado

Public Employees for Environmental Responsibility )
*Plaintiff* )
v. ) Case No. 1:26-cv-01611-RDM
U.S. DEPARTMENT OF THE INTERIOR )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PUBLIC EMPLOYEES FOR EVIRONMENTAL RESPONSIBILITY .

Date: 11/10/2026

*Attorney's signature*

Aaron Lloyd Bar No. 976045
*Printed name and bar number*

962 Wayne Ave, Suite 610,
Silver Spring, MD 20910
*Address*

alloyd@peer.orf
*E-mail address*

(202) 367-9386
*Telephone number*

(202) 265-4192
*FAX number*

Print Save As... Reset